# IN THE SUPREME COURT OF THE STATE OF NEVADA

DREW HENSON-GROOM, A/K/A DREW HENSONGROOM,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 83190



FILED

JUL 3 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order revoking probation and imposing original sentence. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order on August 19, 2020. Appellant did not file the notice of appeal, however, until July 6, 2021, well after the expiration of the 30-day appeal period described by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.          _____, J.
Pickering                             Herndon

21-22133

cc:    Hon. David M. Jones, District Judge
Drew Henson-Groom
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk